

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00241-CV

EX PARTE S.K.

§  On Appeal from the 485th District Court

§  of Tarrant County (D485-E-20000-23)

§  November 21, 2024

§  Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant S.K. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel